IN THE SUPREME COURT OF TEXAS

 No. 10-0661

 IN RE KEN HARVEY, JAN HARVEY AND DAVID HARVEY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed August 27, 2010, is
granted. The trial court order dated August 26, 2010, in Cause No. 231-
336866-02, styled In the Interest of Chassidie L. Russell, in the 231st
District Court of Tarrant County, Texas and the court of appeals' opinion
and judgment dated August 25, 2010, in Cause No. 02-09-00335-CV, styled In
re Chassidie L. Russell, in the Second Court of Appeals are stayed pending
further order of this Court.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before 3:00 p.m., September 7, 2010.
 3. The redrafted petition for writ of mandamus remains pending
before this Court.

 Done at the City of Austin, this August 27, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk